United States District Court
Southern District of Texas
**ENTERED**
April 11, 2025
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS MURPHY, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv04940 |
| FRANK NANIA, *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 26, 2025, (Dkt. 30) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Curtis Murphy's Motion for Remand (Dkt. 10) is **DENIED**.

**SIGNED** at Houston, Texas this  11th  day of April, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE