United States District Court
Southern District of Texas
**ENTERED**
May 14, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CURTIS MURPHY, <br> *Plaintiff,* <br><br> V. <br><br> FRANK NANIA, <br> *Defendant* | § <br> § <br> § <br> §    CIVIL ACTION NO. 4:24-CV-04940 <br> § <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 18, 2025 (Dkt. 33) and the objections thereto (Dkt. 38), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Frank Nania's Motion to Dismiss (Dkt. 8) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas this _14th_ day of May, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE